## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**MATTHEW L. FAISON,**

   *Plaintiff,*

v.                                                    **Case No.: 4:22cv441-MW/MAF**

**COURIEL, GROSSHANS,**
**LABARGA, POLSTON, et al.,**

   *Defendants.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report

and Recommendation. ECF No. 3. Upon consideration, no objections having been

filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted** as this

Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are

**DISMISSED** without prejudice under the three-strikes provision of 28 U.S.C. §

1915(g) because Plaintiff did not pay the filing fee at the time he initiated this case,

fails to meet the imminent danger exception, and fails to state a claim." The Clerk

shall close the file.

**SO ORDERED on January 20, 2023.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**