IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MATTHEW L. FAISON,

    *Plaintiff*,

v.                                         Case No.: 4:22cv441-MW/MAF

COURIEL, GROSSHANS,
LABARGA, POLSTON, et al.,

    *Defendants*.

_____/

### ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION, DENYING <u>REMAINING MOTIONS</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 3, and has also reviewed *de novo* Plaintiff's objections, ECF No. 7. Plaintiff raises several issues, but none demonstrate a viable basis for this Court to depart from 28 U.S.C. 1915(g)'s mandate that a prisoner with three strikes be barred from proceeding in forma pauperis and required to pay the filing fee at the start of the suit where he cannot meet the imminent danger exception. As for Plaintiff's pending motions, ECF Nos. 6 & 9, this Court finds that both motions are moot. Accordingly,

**IT IS ORDERED:**

1. The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice under the three-strikes provision of 28 U.S.C. § 1915(g) because Plaintiff did not pay the filing fee at the time he initiated this case, fails to meet the imminent danger exception, and fails to state a claim."

2. Plaintiff's motions, ECF Nos. 6 & 9, are **DENIED** as moot.

3. The Clerk shall close the file.

**SO ORDERED on February 3, 2023.**

s/Mark E. Walker
**Chief United States District Judge**
